## HARDY v. STATE.

### No. 19900.

Court of Criminal Appeals of Texas.

June 22, 1938.

E. C. Stovall, of Canton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for wife and child desertion; penalty assessed at a fine of $500.

Since perfecting his appeal, the appellant has filed a written motion, duly verified, requesting the dismissal thereof. The request is granted and the appeal is dismissed.